1   PATTERSON BELKNAP WEBB & TYLER LLP
    Jane Metcalf (*pro hac vice*)
2   jmetcalf@pbwt.com
    Henry J. Ricardo (*pro hac vice*)
3   hjricardo@pbwt.com
4   1133 Avenue of the Americas
    New York, New York 10036
5   Tel: (212) 336-2000
    Fax: (212) 336-2222
6
7   LAFAYETTE & KUMAGAI LLP
    Gary T. Lafayette (SBN 88666)
8   Brian H. Chun (SBN 215417)
    1300 Clay Street, Suite 810
9   Oakland, California 94612
    Tel. 415.357.4600
10  bchun@lkclaw.com
11
    *Attorneys for Defendants*
12  *INCOMM FINANCIAL SERVICES, INC. and PATHWARD, N.A*

13              **UNITED STATES DISTRICT COURT**

14              **NORTHERN DISTRICT OF CALIFORNIA**

15                    **SAN FRANCISCO**

16  KEVIN SMITH, et. al.,

17                          Plaintiff,              Case No.  5:23-cv-4687

18          vs.                                     **DECLARATION OF JANE
                                                    METCALF IN SUPPORT OF
19  INCOMM FINANCIAL SERVICES, INC., and            INCOMM FINANCIAL SERVICES,
    PATHWARD, N.A.                                  INC. AND PATHWARD, N.A.'S
20                                                  MOTION TO DISMISS
                            Defendants.
21                                                  Hon. Beth Freeman

22                                                  Date:      04/18/2024
23                                                  Time:      9:00 a.m.
                                                    Place:     Courtroom 3
24

25

26

27

28  DECLARATION OF JANE METCALF IN SUPPORT OF DEFS. INCOMM FINANCIAL
    SERVICES, INC. AND PATHWARD N.A.'S MOTION TO DISMISS (5:23-cv-4687)

I, Jane Metcalf, declare as follows:

1.      I am a member in good standing of the bar of the State of New York and my *pro hac vice* application to this Court was granted on December 15, 2023.  I am a member of Patterson Belknap Webb & Tyler LLP, counsel for InComm Financial Services, Inc. ("InComm") and Pathward, N.A. ("Pathward") in this action.  I submit this declaration in support of InComm and Pathward's motion to dismiss.

2.      I have personal knowledge of the facts set forth herein.

3.      Attached hereto as **Exhibit A** is a true and correct copy of a screen capture of the "Frequently Asked Questions" page of the https://www.securespend.com website taken by my colleague using the "Page Vault" tool on Tuesday, December 12, 2023.  The URL and metadata of the screen capture are on the first page of the exhibit.

4.      Attached hereto as **Exhibit B** is a true and correct copy of a screenshot of the page "Locate a nearby store" of the https://luckysupermarkets.com/ website, with the location "Mountain View, CA, USA" entered in the search bar, taken by my colleague on Thursday, December 14, 2023.  The URL is located at the top of the screenshot.

5.      Attached hereto as **Exhibit C** is a true and correct copy of the SecureSpend Prepaid Visa® Gift Card & SecureSpend Prepaid Mastercard® Gift Card Cardholder Agreement, which can be accessed by navigating to the page https://www.securespend.com/cardholderAgreement and clicking on the first linked PDF.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  Minneapolis, Minnesota

         December 15, 2023

By: _____

         Jane Metcalf

DECLARATION OF JANE METCALF IN SUPPORT OF INCOMM FINANCIAL SERVICES, INC AND PATHWARD N.A.'S MOTION TO DISMISS (5:23-cv-4687)
-2-

# EXHIBIT A

| | |
|---|---|
| Document title: | SecureSpend \| Help |
| Capture URL: | https://www.securespend.com/help |
| Page loaded at (UTC): | Tue, 12 Dec 2023 21:21:57 GMT |
| Capture timestamp (UTC): | Tue, 12 Dec 2023 21:24:17 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| Capture ID: | jWWSYr4wnEXrUPu9pSgNnN |

PDF REFERENCE #:     njyCyVXd4GvTY5i1kvWUGz

SecureSpend Prepaid Visa® Gift Card
SecureSpend

English

## SecureSpend.

Where To Buy    About    Help

# Frequently Asked Questions

## – General Information & Getting Started

### – How do I use my SecureSpend Card?

Simply present your SecureSpend Card at the time of payment. Press "Credit" or "Debit" on the keypad and sign the receipt. If you wish to use your Card for a debit transaction, you will need to select a PIN of your choice for your Card. See the FAQ below to learn more about selecting your PIN. As you use your Card, the balance is reduced by the full amount of each purchase, including taxes, charges, and other fees, if any. You can use your SecureSpend Card to pay the full amount of the purchase and applicable taxes, as long as the balance on the Card is sufficient. If you want to make a purchase for an amount greater than the remaining balance by using two payment methods, you must notify the merchant before completing the transaction.

If you attempt to make a purchase for an amount greater than your available balance, your SecureSpend Card may be declined. Some merchants may allow you to use two forms of payment for the purchase. Not all merchants accept split transactions and some merchants may require that you pay for the remaining balance with cash. Be sure to check with the merchant.

### – When can I start using my SecureSpend Card?

You can start using your SecureSpend Card immediately after purchase. The SecureSpend Card is activated at the store. Note: Some retailers may hold funds for up to 24 hours after time of purchase.

### – Where can I use my SecureSpend Card?

You can use your SecureSpend Card anywhere Visa debit cards or Debit Mastercard cards are accepted within the fifty United States and District of Columbia. The SecureSpend Card cannot be used at merchants outside the United States, including Internet merchants.

### – How do I activate my SecureSpend Card?

Your SecureSpend Card is activated as soon as it is purchased. Be sure to sign the back of your Card as soon as you receive or buy it. We recommend you write down the Card number and the Customer Care number on a separate piece of paper in case your Card is lost or stolen. Please keep this information in a safe and secure place.

### – Can I reload my SecureSpend Card?

The SecureSpend Card is not reloadable or returnable.

### – Can I get cash with my SecureSpend Card?

The SecureSpend Card cannot be used at ATMs. Neither can you use your

### Contact Us



To reach a Customer Care Representative call:

**1-833-563-8200**

Or write to:

**SecureSpend Customer Care
PO Box 826
Fortson, GA 31808**

SecureSpend Prepaid Visa® Gift Card
SecureSpend Prepaid Mastercard® Gift Card                                          English

## SecureSpend.

Where To Buy    About    Help

# Frequently Asked Questions

## Contact Us



To reach a Customer Care
Representative call:

**1-833-563-8200**

Or write to:

**SecureSpend Customer Care
PO Box 826
Fortson, GA 31808**

### – General Information & Getting Started

#### – How do I use my SecureSpend Card?

Simply present your SecureSpend Card at the time of payment. Press
"Credit" or "Debit" on the keypad and sign the receipt. If you wish to use
your Card for a debit transaction, you will need to select a PIN of your
choice for your Card. See the FAQ below to learn more about selecting
your PIN. As you use your Card, the balance is reduced by the full amount
of each purchase, including taxes, charges, and other fees, if any. You can
use your SecureSpend Card to pay the full amount of the purchase and
applicable taxes, as long as the balance on the Card is sufficient. If you
want to make a purchase for an amount greater than the remaining
balance by using two payment methods, you must notify the merchant
before completing the transaction.

If you attempt to make a purchase for an amount greater than your
available balance, your SecureSpend Card may be declined. Some
merchants may allow you to use two forms of payment for the purchase.
Not all merchants accept split transactions and some merchants may
require that you pay for the remaining balance with cash. Be sure to
check with the merchant.

#### – When can I start using my SecureSpend Card?

You can start using your SecureSpend Card immediately after purchase.
The SecureSpend Card is activated at the store. Note: Some retailers may
hold funds for up to 24 hours after time of purchase.

#### – Where can I use my SecureSpend Card?

You can use your SecureSpend Card anywhere Visa debit cards or Debit
Mastercard cards are accepted within the fifty United States and District
of Columbia. The SecureSpend Card cannot be used at merchants outside
the United States, including Internet merchants.

#### – How do I activate my SecureSpend Card?

Your SecureSpend Card is activated as soon as it is purchased. Be sure to
sign the back of your Card as soon as you receive or buy it. We
recommend you write down the Card number and the Customer Care
number on a separate piece of paper in case your Card is lost or stolen.
Please keep this information in a safe and secure place.

#### – Can I reload my SecureSpend Card?

The SecureSpend Card is not reloadable or returnable.

#### – Can I get cash with my SecureSpend Card?

**SecureSpend**

signed on my receipt?

Some purchases require a preauthorization wherein the merchant sends in a transaction for a higher amount than the purchase. This most often occurs at the gas pump or at a restaurant. When dining out, restaurants typically add 20% to your total to account for the tip. We are required to approve and hold funds based on the estimated total until the merchant finalizes the transaction. Merchant finalization can take up to 7 business days.

– **How are merchandise returns processed?**

If you are entitled to a refund for any reason for goods or services obtained with your SecureSend Card, the return and refund will be handled by the merchant. If the merchant credits your Card, the credit may not be immediately available.

– **Can I use my SecureSpend Card at gas stations?**

Yes. When paying at the pump, some merchants can authorize and hold up to $100 or the full value of your Card, whichever amount is smaller to ensure you have sufficient funds. So, make sure you always know your balance. To avoid the hold at the pump, give your Card to the attendant to prepay for the gas.

– **Can I use my SecureSpend Card for recurring billing?**

No, your SecureSpend Card cannot be used for recurring bill payments.

– **Security & Fees**

– **If I lose my Card or it gets stolen, how do I get a refund or a replacement Card?**

If you believe your Card has been lost or stolen or an unauthorized transaction has been made using the information from your Card without your permission, contact Customer Service IMMEDIATELY. We will ask for the Card number and other identifying details. We may not be able to assist you if you do not have or provide the Card number or other information we request. **We may not be able to assist you if you do not contact us within 60 days of the unauthorized transaction.** If we issue a replacement Card, the replacement Card will have a value equal to the available balance on the Card at the time you notified us of the loss or theft. **NO REFUNDS WILL BE PROVIDED FOR AMOUNTS DEBITED FROM THE LOST OR STOLEN CARD BEFORE YOU NOTIFY US.** A reissued Card may take up to 30 days to process.

– **How do I select a PIN for my SecureSpend Card?**

While a PIN is not required to use your Card, you may be asked to enter a PIN during a purchase. If you are asked to enter your PIN for the first time, enter a PIN of your choice and this sets your PIN. Once your PIN is set, you may sign in to your account online and select "Manage PIN" to reset your PIN. Or you may call Customer Care at 1-833-563-8200.

SecureSpend Prepaid Visa® Gift Card
SecureSpend Prepaid Mastercard® Gift Card                            English

**SecureSpend.**                                            Where To Buy    About    Help

No, your SecureSpend Card cannot be used for recurring bill payments.

– **Security & Fees**

– **If I lose my Card or it gets stolen, how do I get a refund or a replacement Card?**

If you believe your Card has been lost or stolen or an unauthorized transaction has been made using the information from your Card without your permission, contact Customer Service IMMEDIATELY. We will ask for the Card number and other identifying details. We may not be able to assist you if you do not have or provide the Card number or other information we request. **We may not be able to assist you if you do not contact us within 60 days of the unauthorized transaction.** If we issue a replacement Card, the replacement Card will have a value equal to the available balance on the Card at the time you notified us of the loss or theft. **NO REFUNDS WILL BE PROVIDED FOR AMOUNTS DEBITED FROM THE LOST OR STOLEN CARD BEFORE YOU NOTIFY US.** A reissued Card may take up to 30 days to process.

– **How do I select a PIN for my SecureSpend Card?**

While a PIN is not required to use your Card, you may be asked to enter a PIN during a purchase. If you are asked to enter your PIN for the first time, enter a PIN of your choice and this sets your PIN. Once your PIN is set, you may sign in to your account online and select "Manage PIN" to reset your PIN. Or you may call Customer Care at 1-833-563-8200.

– **What do I do if I forget my PIN?**

If you forget your PIN, you can always use your SecureSpend Card as a credit transaction. You can select a new PIN when you sign in to your account and select "Manage PIN." You can also call Customer Care at 1-833-563-8200.

^ Back to Top

**SecureSpend.**                                            Where To Buy    About    Help

Copyright © 2023 InComm. All rights reserved.

TERMS AND CONDITIONS ARE APPLIED TO GIFT CARDS. See Cardholder Agreement for further details.

SecureSpend Prepaid Visa or SecureSpend Prepaid Mastercard Gift Cards are issued by Pathward, N.A., Member FDIC, pursuant to license by Visa U.S.A., Inc. or Mastercard International Incorporated. Mastercard and the circles design are registered trademarks of Mastercard International Incorporated. Cards may be used in the U.S. and District of Columbia everywhere Visa debit cards or Debit Mastercard are accepted. No cash or ATM access. See Cardholder Agreement for details. Cards are distributed and serviced by InComm Financial Services, Inc., which is licensed as a Money Transmitter by the New York State Department of Financial Services. NMLS ID# 912772.

Colorado, Maryland, and Texas customers: View information about addressing complaints regarding our money services business.

Pathward, N.A. Privacy Policy    Terms of Use    Cardholder Agreement    Accessibility Statement

# EXHIBIT B

luckysupermarkets.com/stores?locationSearch=%257B%2522description%2522%253A%2522M... structured_formatting%2522%253A%257B%252...

**Lucky** **Lucky**

Products ▾ | 🏷 Coupons | 🛒 Shop Now | 🔍 Search products | 👤 Log In / Sign Up

🛍 Shop This Holiday's Unbeatable Deals

## Locate a nearby store



📍 Mountain View, CA, USA

**MCKEE**
📍 3457 MCKEE ROAD
SAN JOSE, CA 95127
Open Now • Closes at 11:00 PM
[Set As My Store]

**W. CAPITAL EXPRESSWAY**
📍 565 W. CAPITOL EXPRESSWAY
SAN JOSE, CA 95136
Open Now • Closes at 11:00 PM
[Set As My Store]

**SARATOGA AVE**
📍 234 SARATOGA AVE
SANTA CLARA, CA 95050
Open Now • Closes at 11:00 PM
[Set As My Store]

**S. WHITE RD**
📍 3270 S. WHITE RD
[Set As My Store]



**QUICK LINKS**
Shop Now ⬈
Weekly Ad
Consumer Information
Contact Us
Locations
Recipes
Rewards
Made to Order ⬈
FAQ

**POLICIES**
Ad Choices
Do Not Sell or Share My Personal Information
CA Proposition 65 Warnings
Supply Chain Transparency
Cookies and Ads Policy
Accessibility Statement
Privacy Policy
Terms of Use
Rewards Terms and Conditions

**COMPANY INFO**
About Us ⬈
Press Releases ⬈
Supplier Portal ⬈
Recall Information
Community
Careers

**Lucky** **Lucky**

DOWNLOAD OUR APP TODAY!
App Store | Google Play

© 2023. Lucky Supermarkets. All Rights Reserved.

# EXHIBIT C

**Effective 7/1/2022, your cardholder agreement associated with your Visa® or Mastercard® Gift Card is amended as follows. GIFT CARD**

**SecureSpend® Prepaid Card Cardholder and Virtual Account Agreement**

TREAT CARD LIKE CASH. NEVER PROVIDE CARD/VIRTUAL ACCOUNT OR CARD/VIRTUAL ACCOUNT INFORMATION TO SOMEONE YOU DON'T KNOW – YOU MAY LOSE YOUR MONEY WITH NO RECOURSE.

**CUSTOMER SERVICE CONTACT INFORMATION:**

**Address:** P.O. Box 826, Fortson, GA 31808
**Website:** SecureSpend.com
**Phone Number:** 1 833-563-8200

**IMPORTANT NOTICES:**
(1) Give this document to the recipient of the gift card/virtual account for any future questions or issues.
(2) Read carefully. This agreement contains an Arbitration Clause requiring all claims to be resolved by way of binding arbitration.
(3) Always know the exact dollar amount available on your card/virtual account. Merchants may not have access to determine your card/virtual account balance.
(4) If you do not agree to these terms, do not use the card/virtual account, save your receipt, and cancel the card/virtual by calling customer service and requesting a refund check.

---

### Fees and Expiration

The Card/Virtual Account has NO FEES AFTER PURCHASE (including dormancy, service or other fees). An activation fee per card/virtual account is paid by the purchaser at the time of purchase.

---

This Cardholder/Cardholder Agreement ("Agreement") sets forth the terms and conditions under which a SecureSpend Prepaid Visa® or SecureSpend Prepaid Mastercard® Gift Card ("Card") or Virtual Account ("Virtual Account") has been issued to you by Pathward, National Association. By accepting and using this Card/Virtual Account, signing the back of the Card, activating the Card/Virtual Account, or authorizing any person to use the Card/Virtual Account, you agree to be bound by the terms and conditions contained in this Agreement. In this Agreement "**You**" and "**your**" mean the person or persons who have received the Card/Virtual Account and are authorized to use the Card/Virtual Account. "**We**," "**us**," and "**our**" mean collectively, Pathward, N.A, a national bank, Member FDIC, and its divisions or assignees, and also includes, unless otherwise indicated, our Program Manager. "**Program Manager**" refers to InComm Financial Services, Inc., who performs certain services related to your Card/Virtual Account on behalf of Pathward, N.A. You should sign the back of the Card immediately upon receipt. The Card/Virtual Account may be canceled or revoked at any time without prior notice, subject to applicable law. Please read this Agreement carefully and keep it for future reference. This Agreement applies to both the purchaser and any other user of the Card/Virtual Account. It is the purchaser's obligation to provide these terms and conditions to any user; however, new terms and conditions may be provided, or any other questions or concerns answered, by contacting Customer Service.

### 1. ABOUT YOUR CARD/VIRTUAL ACCOUNT

The Card/Virtual Account is a prepaid card loaded with a specific amount of funds, redeemable to buy goods and services at any merchant that accepts Visa or Mastercard debit cards/virtual accounts. No additional funds may be added to this Card/Virtual Account. The Card/Virtual Account is NOT a credit card. The Card/Virtual Account is not a checking account or connected in any way to any account other than a stored value account where your funds are held. Pathward, N.A. will act as custodian of your funds upon its receipt of your funds. Once your Card is activated, you will be able to provide Pathward, as custodian, with instructions about the funds accessible through the Card. Activation of the Card authorizes us to hold your funds at Pathward or as custodian to place your funds at one or more participating banks (each a "Program Bank"). If you do not agree to your funds being held by us at Pathward or placed by Pathward as custodian at other Program Banks, please immediately send all the funds on your Card. Card funds are not FDIC insured. The amended terms above will apply to any Visa® or Mastercard® Gift Card issued to you prior to or after the effective date of this amendment. To the extent any terms in your cardholder agreement conflict with the terms above, the terms above shall control. All other terms of your cardholder agreement will remain unchanged. Please read and keep a copy of this notice for your records.

### 2. USING YOUR CARD/VIRTUAL ACCOUNT

#### a. Accessing Funds and Limitations

You may use your Card/Virtual Account to obtain goods or services wherever Visa or Mastercard is honored. Each time you use your Card/Virtual Account, you authorize us to reduce the value available on your Card/Virtual Account by the amount of the transaction. Your Card/Virtual Account cannot be: (1) redeemed for its cash value; (2) used to obtain cash in any transaction; (3) used for illegal transactions; (4) used to make foreign transactions; or (5) used for purchases where recurring payments may occur, such as subscriptions, memberships, rentals, etc. For security reasons, we may limit the amount or number of transactions you can make on your Card/Virtual Account. We may refuse to process any transaction that we believe may violate the terms of this Agreement. YOU ARE NOT ALLOWED TO EXCEED THE BALANCE OF THE FUNDS AVAILABLE ON YOUR CARD/VIRTUAL ACCOUNT. If you attempt to use the Card/Virtual Account when there are insufficient funds associated with it, the transaction will generally be declined. Nevertheless, if a transaction that exceeds the balance of the funds available on your Card/Virtual Account occurs due to a systems malfunction or otherwise, you will remain fully liable to us for the amount of the transaction. If you do not have enough funds available on your Card/Virtual Account, you may be able to instruct the merchant to perform a "split transaction" to charge part of the purchase to the Card/Virtual Account and pay the remaining amount with another form of payment. You are responsible for all transactions initiated by use of the Card/Virtual Account. If you permit another to have access to the Card/Virtual Account or Card/Virtual Account number, we will treat this as if you have authorized such use and you will be liable for all transactions incurred by such persons.

Your Card/Virtual Account is valid in the U.S. only. It cannot be used at merchants outside of the United States, including internet and mail/telephone order merchants outside of the United States. Virtual Accounts may be used for electronic commerce, mail order and/or telephone order purchases only and will not be accepted for purchases at physical retail locations.

#### b. Personal Identification Number ("PIN")

You will not receive a Personalized Identification Number ("PIN") with the Card/Virtual Account. However, when you first use the Card/Virtual Account at a merchant's Point of Sale ("POS") device, any four-digit code will work as the initial PIN for your first PIN-based transaction. After the first PIN-based transaction, you must use the same PIN for each subsequent PIN-based transaction, unless and until you choose to reset the PIN. Choose a PIN that you can remember easily. If you need to reset the Card/Virtual Account's PIN, please call visit SecureSpend.com or call 1833-563-8200. You will be required to provide information about the Card/Virtual Account (account number, expiration date and security code) to reset the PIN. You should not write or keep your PIN with your Card/Virtual Account. Never share your PIN with anyone and do not enter your PIN into any terminal that appears to be modified or suspicious.

#### c. Obtaining Card/Virtual Account Balance Information

You may obtain information about the amount of money you have remaining on your Card/Virtual Account at no charge by contacting Customer Service. This information, along with a history of Card/Virtual Account transactions, is also available online by visiting our Website. It may also be possible to request a written copy of Card/Virtual Account transactions by contacting Customer Service.

#### d. Authorization Holds

You do not have the right to stop payment on any purchase transaction originated by use of your Card/Virtual Account. With certain types of purchases (such as those made at restaurants, hotels, or similar purchases), your Card/Virtual Account may be "preauthorized" for an amount greater than the transaction amount to cover gratuity or incidental expenses. Any preauthorization amount will place a "hold" on your available funds until the merchant sends us the final payment amount of your purchase. Once the final payment amount is received, the preauthorization amount on hold will

be removed. During this time, you will not have access to preauthorized amounts. If you authorize a transaction and then it is not ultimately settled or placed, we may not be able to refund it and the amount will be on hold for that amount of funds.

### e. Returns and Refunds

If you are entitled to a refund for any reason for goods or services obtained with your Card/Virtual Account, the return and refund will be handled by the merchant. If the merchant credits your Card/Virtual Account, the credit may not be immediately available. While merchant refunds post as soon as they are received, please note that we have no control over when a merchant sends a credit transaction and the refund may not be available for a number of days after the date the refund transaction occurs.

### f. Receipts

You may wish to retain receipts as a record of transactions. You may need a receipt in order to verify a transaction with us or the merchant.

### 3. REPLACEMENT CARD/VIRTUAL ACCOUNT

If you need to replace your Card/Virtual Account for any reason, please contact Customer Service. See the table above for applicable fees. Please note that your Card/Virtual Account has a "Valid Thru" date on the front of the Card/Virtual Account. You may not use the Card/Virtual Account after the "Valid Thru" date. However, even if the "Valid Thru" date has passed, the available funds on your Card/Virtual Account do not expire. You will not be charged a fee for replacement cards/virtual accounts that we send due to expiration of the Card/Virtual Account.

### 4. COMMUNICATIONS

You agree that we may monitor and record any calls or other communications between us and you. You also agree that we or our service providers may contact you by using an automated dialing or email system, by text, or artificial or recorded voice. You agree to pay any service charges assessed by your plan provider for communications we send or make to you or that you send or make to us.

### 5. UNAUTHORIZED TRANSACTIONS

If you believe your Card/Virtual Account has been lost or stolen or an unauthorized transaction has been made using the information from your Card/Virtual Account without your permission, contact Customer Service IMMEDIATELY. We will ask for the Card/Virtual Account number and other identifying details. **We may not be able to assist you if you do not have or provide the Card/Virtual Account number or other information we request.** We may not be able to assist you if you do not contact us within 60 days of the unauthorized transaction. If we issue a replacement Card/Virtual Account, the replacement Card/Virtual Account will have a value equal to the available balance on the Card/Virtual Account at the time you notified us of the loss or theft. NO REFUNDS WILL BE PROVIDED FOR AMOUNTS DEBITED FROM THE LOST OR STOLEN CARD/VIRTUAL ACCOUNT BEFORE YOU NOTIFY US. A reissued Card/Virtual Account may take up to 30 days to process.

### 6. NO WARRANTIES AND LIMITATION OF LIABILITY

We are not responsible for the quality, safety, legality, or any other aspect of any goods or services purchased with a Card/Virtual Account. Further, we will not be liable: (1) If, through no fault of ours, you do not have enough funds available on your Card/Virtual Account to complete the transaction; (2) If a merchant refuses to accept your Card/Virtual Account; (3) If an electronic terminal where you are making a transaction does not operate properly; (4) If access to your Card/Virtual Account has been blocked after you reported your Card/Virtual Account lost or stolen; (5) If circumstances beyond our control (such as fire, flood or computer or communication failure) prevent the completion of the transaction; or 6) For any other exception stated in our Agreement with you.

### 7. LEGAL NOTICES

#### a. English Language Controls

Translations of this Agreement that may have been provided are for your convenience only and may not accurately reflect the original English meaning. The meanings of terms, conditions, and representations herein are subject to definitions and interpretations in the English language.

#### b. Assignability

You may not assign or transfer your Card/Virtual Account or your obligations under this Agreement. We may, however, transfer or assign our rights under this Agreement, including any balances in your Card/Virtual Account.

#### c. Other Terms

You will be notified of any change to this Agreement in the manner required by applicable law prior to the effective date of the change. However, if the change is made for security purposes, we can implement such change without prior notice. We do not waive our rights by delaying or failing to exercise them at any time (for example, assessing a fee less than described, or not all, for any reason does not waive our right to begin charging the fee as set forth in this Agreement without notice). If any provision of this Agreement is determined to be invalid or unenforceable under any rule, law, or regulation of any governmental agency, local, state, or federal, the validity or enforceability of any other provision of this Agreement will not be affected. This Agreement will be governed by the law of the state of South Dakota except to the extent governed by federal law. Should your Card/Virtual Account have a remaining balance after a certain period of inactivity, we may be required to remit the remaining funds to the appropriate state agency.

### 8. PRIVACY

We may provide information to our employees, auditors, affiliates, service providers, or attorneys as needed, or to any third party if you give us your written permission. We may also collect Information about purchases made with the Card/Virtual Account, such as date of purchase, amount and place of purchase, for replacement Cards/Virtual Accounts, or when you contact us with customer service issues, such as name, address, phone number.

We may also disclose information about your Card/Virtual Account or the transactions you make to third parties in order to: (1) complete transactions; (2) verify the existence and condition of your Card/Virtual Account for a third party, such as merchant; (3) provide customer services; (4) process claims for lost or stolen Cards/Virtual Accounts; (5) help protect against fraud and to conduct research and analysis; or (5) comply with government agency or court orders, or other legal reporting requirements.

### 9. JURY TRIAL WAIVER AND ARBITRATION

**a. Jury Trial Waiver: To the extent permitted by law, you and we knowingly and voluntarily waive any right to trial by jury in the event of litigation arising out of or related to this agreement. This Jury Trial Waiver does not modify in any fashion the Arbitration Clause set forth in the following section, which contains its own jury trial waiver.**

**b. Arbitration Clause: You can opt out of this Arbitration Clause within 60 calendar days from the earlier of purchasing, activating, or using the Card/Virtual Account. You must send the opt-out notice in writing to Pathward, N.A., Attn: Customer Service, 5501 S Broadband Ln, Sioux Falls, SD 57108 ("Notice Address"). This Arbitration Clause governs any dispute arising under this Agreement, aside from the validity and coverage of this Arbitration Clause. Arbitrations will be conducted under the rules of the arbitration administrator, as chosen by us. Arbitration may be brought by you or us, and we will not demand arbitration if you bring an individual action in small claims court. In addition to the Jury Trial Waiver above, you also waive your rights to be a class member or bring suit in a class action or class arbitration. In order to commence an arbitration, the party bringing the dispute must send the notice and complaint in writing. You must send your notice to the Notice Address. After receiving notice, the other party has 30 days to attempt to resolve the issue before a suit or arbitration commences. We will pay all costs associated with administering an arbitration brought by you in good faith, if you cannot get a waiver and ask us to pay. Further, we will pay legal fees and costs if you win or as required by law or the arbitrator. This Arbitration Clause will stay in force if your Card/Virtual Account is closed or we assign our rights under this Agreement. This Arbitration Clause and any challenge to appeal or requests for information will be governed by the Federal Arbitration Act and the rules of the arbitrator.**

This card issued by Pathward, N.A., Member FDIC, pursuant to license by Mastercard or a license from Visa U.S.A. Inc.

© 2022 Pathward,N.A.