PATTERSON BELKNAP WEBB & TYLER LLP
Jane Metcalf (*pro hac vice*)
jmetcalf@pbwt.com
Henry J. Ricardo (*pro hac vice*)
hjricardo@pbwt.com
1133 Avenue of the Americas
New York, New York 10036
Tel: (212) 336-2000
Fax: (212) 336-2222

LAFAYETTE & KUMAGAI LLP
Gary T. Lafayette (SBN 88666)
Brian H. Chun (SBN 215417)
1300 Clay Street, Suite 810
Oakland, California 94612
Tel. 415.357.4600
bchun@lkclaw.com

*Attorneys for Defendants*
INCOMM FINANCIAL SERVICES, INC. and PATHWARD, N.A.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN SMITH, et al., | Case No.: 5:23-cv-4687 |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS INCOMM AND PATHWARD'S MOTION TO DISMISS** |
| v. | |
| INCOMM FINANCIAL SERVICES, INC., and PATHWARD, N.A. | Hon. Beth Labson Freeman |
| Defendants. | Hearing Date:  April 18, 2024<br>Time:  9:00 a.m.<br>Courtroom:  3 |

The Motion to Dismiss filed by Defendants InComm Financial Services, Inc. ("InComm") and Pathward, N.A. ("Pathward"), together "Defendants", came on for hearing before this Court on April 18, 2024 at 9:00 a.m. in Courtroom 3, and all parties appeared by and through their respective legal counsel.  The Court, having considered Defendants' Notice of Motion to Dismiss, the Memorandum of Points and Authorities in support thereof, all

1    papers and evidence submitted in opposition and reply, the pertinent pleadings, and the

2    applicable law, and finding good cause therefor, hereby **GRANTS** Defendants' Motion to

3    Dismiss in its entirety, without leave to amend.  Accordingly, it is hereby **ORDERED** that

4    Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

5        **IT IS SO ORDERED**.

6

7

8        Dated _____                    _____

                                                    Hon. Beth Labson Freeman
9                                                   United States Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                    [PROPOSED] ORDER GRANTING DEFS. INCOMM AND
                    PATHWARD'S MOTION TO DISMISS (5:23-cv-4687)