**BOWER LAW GROUP, PC**
David E. Bower (SBN 119546)
600 Corporate Pointe, Suite 1170
Culver City, California 90230
Tel. 213.446.6652
dbower@bowerlawgroup.com

**ADEMI LLP**
Shpetim Ademi
John D. Blythin
Jesse Fruchter
3620 East Layton Avenue
Cudahy, WI 53110
Tel. 414.482.8000
jblythin@ademilaw.com

*Attorneys for Plaintiff*

**PATTERSON BELKNAP WEBB & TYLER LLP**
Henry J. Ricardo (admitted *pro hac vice*)
hjricardo@pbwt.com
Jane Metcalf (admitted *pro hac vice*)
jmetcalf@pbwt.com
1133 Avenue of the Americas
New York, New York 10036
Telephone (212) 336-2000
Facsimile (212) 336-2222

**LAFAYETTE & KUMAGAI LLP**
Gary T. Lafayette (SBN 88666)
glafayette@lkclaw.com
Brian H. Chun (SBN 215417)
bchun@lkclaw.com
1300 Clay Street, Suite 810
Oakland, California 94612
Telephone (415) 357-4600
Facsimile (415) 357-4605

*Attorneys for Defendants InComm Financial Services, Inc. and Pathward, N.A.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN SMITH<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>INCOMM FINANCIAL SERVICES, INC. AND PATHWARD, N.A.<br><br>　　　　　　　Defendants. | Case No.  5:23-CV-4687-BF<br><br>**STIPULATED REQUEST FOR ORDER GRANTING PLAINTIFF LEAVE TO FILE AMENDED COMPLAINT; [PROPOSED] ORDER**<br><br>Judge: Hon. Beth Labson Freeman |

STIP. REQUEST FOR ORDER GRANTING PLAINTIFF LEAVE TO FILE A FIRST AMENDED COMPLAINT (Case No. 5:23-CV-4687-BF)

Pursuant to Local Rules 6-1(b), 6-2, and 7-12 of the Local Rules of the United States District Court for the Northern District of California, Plaintiff Kevin Smith ("Plaintiff") and Defendants InComm Financial Services, Inc. and Pathward, N.A. ("Defendants"), stipulate and agree as follows.

WHEREAS, Plaintiff filed his Complaint on September 12, 2023 (Dkt. No. 1);

WHEREAS, Plaintiff and Defendants entered a stipulation on November 16, 2023 to extend the time for Defendants to respond to the Complaint to December 15, 2023 (Dkt. No. 9);

WHEREAS, Defendants filed a motion to dismiss the Complaint on December 15, 2023 (Dkt. No. 22);

WHEREAS, the parties conferred and negotiated a schedule to file their respective briefs in opposition (March 7, 2024) and reply (March 28, 2024), in advance of the April 18, 2024 hearing (Dkt. No. 24);

WHEREAS, Plaintiff intends to file an amended complaint in lieu of a response to Defendants' motion to dismiss;

WHEREAS, Plaintiff requests leave to file his Amended Complaint within 14 days from the date this stipulation is filed pursuant to Federal Rule 15(a)(2), which provides that the Court "should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2);

WHEREAS, without waiving any right to seek dismissal of the amended complaint, Defendants do not oppose Plaintiff's request for leave to file an amended complaint;

WHEREAS, Plaintiff and Defendants agree that Defendants shall have 60 days from the filing of the amended complaint to file responsive motions;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED by and between the parties, through their respective attorneys of record, that the Court enter an Order:

- Granting Plaintiff leave to file an Amended Complaint by March 21, 2024;
- Setting a deadline of May 20, 2024 for each Defendant to respond to the Amended Complaint; and

- Vacating the Hearing on the Motion to Dismiss the Complaint, currently scheduled for April 18, 2024.

DATED: March 7, 2024                     /s/ John D. Blythin

**ADEMI LLP**
John D. Blythin (admitted pro hac vice)
3620 East Layton Avenue
Cudahy, WI 53110
Tel. 414.482.8000
jblythin@ademilaw.com

**BOWER LAW GROUP, PC**
David E. Bower (SBN 119546)
600 Corporate Pointe, Suite 1170
Culver City, California 90230
Tel. 213.446.6652
dbower@bowerlawgroup.com

*Attorneys for Plaintiff*

DATED: March 7, 2024                      /s/ Brian H. Chun

**LAFAYETTE & KUMAGAI LLP**
Gary T. Lafayette (SBN 88666)
glafayette@lkclaw.com
Brian H. Chun (SBN 215417)
bchun@lkclaw.com
1300 Clay Street, Suite 810
Oakland, California 94612
Telephone (415) 357-4600
Facsimile (415) 357-4605

**PATTERSON BELKNAP WEBB & TYLER LLP**
Henry J. Ricardo (admitted pro hac vice)
hjricardo@pbwt.com
Jane Metcalf (admitted pro hac vice)
jmetcalf@pbwt.com
1133 Avenue of the Americas
New York, New York 10036
Telephone (212) 336-2000
Facsimile (212) 336-2222

*Attorneys for Defendants*

**SIGNATURE ATTESTATION**

I hereby attest that I have obtained the concurrence of Brian H. Chun, counsel for Defendants, for the filing of this Stipulated Request.

                /s/ John D. Blythin
                John D. Blythin

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED

_____
The Honorable Beth Freeman
United Stated District Judge

DATED: