**BOWER LAW GROUP, PC**
David E. Bower (SBN 119546)
600 Corporate Pointe, Suite 1170
Culver City, California 90230
Tel. 213.446.6652
dbower@bowerlawgroup.com

**ADEMI LLP**
Shpetim Ademi
John D. Blythin
Jesse Fruchter
3620 East Layton Avenue
Cudahy, WI 53110
Tel. 414.482.8000
jblythin@ademilaw.com

*Attorneys for Plaintiff*

**PATTERSON BELKNAP WEBB & TYLER LLP**
Henry J. Ricardo (admitted *pro hac vice*)
hjricardo@pbwt.com
Jane Metcalf (admitted *pro hac vice*)
jmetcalf@pbwt.com
1133 Avenue of the Americas
New York, New York 10036
Telephone (212) 336-2000
Facsimile (212) 336-2222

**LAFAYETTE & KUMAGAI LLP**
Gary T. Lafayette (SBN 88666)
glafayette@lkclaw.com
Brian H. Chun (SBN 215417)
*bchun@lkclaw.com*
1300 Clay Street, Suite 810
Oakland, California 94612
Telephone (415) 357-4600
Facsimile (415) 357-4605

*Attorneys for Defendants InComm Financial Services, Inc. and Pathward, N.A.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN SMITH<br><br>                Plaintiff,<br><br>vs.<br><br>INCOMM FINANCIAL SERVICES, INC. AND PATHWARD, N.A.<br><br>                Defendants. | Case No. 5:23-CV-4687-BF<br><br>**STIPULATED REQUEST FOR ORDER ADJOURNING DEADLINES FOR CASE MANAGEMENT STATEMENT AND CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Judge: Hon. Beth Labson Freeman<br><br>Date:    April 4, 2024<br>Time:   TBD<br>Place:   Courtroom 3 |

STIP. REQUEST FOR ORDER ADJOURNING DEADLINES FOR CASE MANAGEMENT STATEMENT AND CASE MANAGEMENT CONFERENCE (Case No. 5:23-CV-4687-BF)

1  Pursuant to Local Rules 6-1(b), 6-2, and 7-12 of the Local Rules of the United States District
2  Court for the Northern District of California, Plaintiff Kevin Smith ("Plaintiff") and Defendants
3  InComm Financial Services, Inc. and Pathward, N.A. ("Defendants"), through their counsel jointly
4  request an extension of the deadline to file their joint Case Management Statement and an
5  adjournment of the Case Management Conference currently schedule for April 4, 2024.

WHEREAS, Plaintiff filed his Complaint, Dkt. 1, on September 12, 2023;

WHEREAS, Plaintiff and Defendants entered a stipulation, Dkt. 9, on November 16, 2023 to extend the time for Defendants to respond to the Complaint to December 15, 2023;

WHEREAS, Defendants filed their motion to dismiss, Dkt. 22, on December 15, 2023, with a hearing date of April 18, 2024;

WHEREAS, the Court set a Case Management Conference date of April 4, 2024, with the parties' joint Case Management Statement to be due on March 28, 2024, Dkt. 15;

WHEREAS, Plaintiff advised Defendants in March 2024 that he intended to seek leave to file an Amended Complaint, in lieu of filing an opposition to Defendants' initial motion to dismiss;

WHEREAS, the parties stipulated to, Dkt. 30, and the Court approved, Dkt. 31, a revised schedule, providing for Plaintiff to file an Amended Complaint by March 21, 2024, with Defendants' responses to be filed by May 20, 2024;

WHEREAS, the March 28 Case Management Statement deadline remains in effect;

WHEREAS, the current schedule would thus require the parties to file the Case Management Statement only one week after the filing of the Amended Complaint, and well before Defendants have filed any response to the Amended Complaint;

WHEREAS, Defendants have suggested, and Plaintiff has agreed, that postponing the Case Management Statement filing deadline and Case Management Conference date until the Amended Complaint and Defendants' responses are filed will facilitate a more productive discussion of the issues to be addressed by the Case Management Statement between counsel and a more effective presentation of any issues to be resolved to the Court;

1  NOW, THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED by and between
2  the parties, through their respective attorneys of record, that the Court enter an Order providing that:

3  - The Case Management Conference shall be set (i) for the same day as the hearing on
4    any dispositive motion(s) filed by Defendant(s) regarding the Amended Complaint;
5    or (ii) if no such motion is filed, for June 6, 2024, or any date thereafter that is
6    convenient for the Court; and

7  - The Case Management Statement shall be due one week before the Case
8    Management Conference.

9  DATED: March 19, 2024              /s/ Henry J. Ricardo
10
    **PATTERSON BELKNAP WEBB & TYLER LLP**
11  Henry J. Ricardo (admitted pro hac vice)
    hjricardo@pbwt.com
12  Jane Metcalf (admitted pro hac vice)
    jmetcalf@pbwt.com
13  1133 Avenue of the Americas
    New York, New York 10036
14  Telephone (212) 336-2000
    Facsimile (212) 336-2222
15
    **LAFAYETTE & KUMAGAI LLP**
16  Gary T. Lafayette (SBN 88666)
    glafayette@lkclaw.com
17  Brian H. Chun (SBN 215417)
    bchun@lkclaw.com
18  1300 Clay Street, Suite 810
    Oakland, California 94612
19  Telephone (415) 357-4600
    Facsimile (415) 357-4605
20
    *Attorneys for Defendants*
21

22  DATED: March 19, 2024              /s/ John D. Blythin
    **ADEMI LLP**
23  John D. Blythin (admitted pro hac vice)
    Shpetim Ademi
24  Jesse Fruchter
    3620 East Layton Avenue
25  Cudahy, WI 53110
    Tel. 414.482.8000
26  jblythin@ademilaw.com

27  **BOWER LAW GROUP, PC**
    David E. Bower (SBN 119546)
28
STIP. REQUEST FOR ORDER ADJOURNING DEADLINES FOR CASE MANAGEMENT
STATEMENT AND CASE MANAGEMENT CONFERENCE (Case No. 5:23-CV-4687-BF)
-3-

600 Corporate Pointe, Suite 1170
Culver City, California 90230
Tel. 213.446.6652
dbower@bowerlawgroup.com

*Attorneys for Plaintiff*

**SIGNATURE ATTESTATION**

I hereby attest that I have obtained the concurrence of John D. Blythin, counsel for Plaintiff, for the filing of this Stipulated Request.

　　　　　　　　　　　　　_/s/_ Henry J. Ricardo
　　　　　　　　　　　　　Henry J. Ricardo

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED

_____
The Honorable Beth Freeman
United Stated District Judge

DATED:

STIP. REQUEST FOR ORDER ADJOURNING DEADLINES FOR CASE MANAGEMENT STATEMENT AND CASE MANAGEMENT CONFERENCE (Case No. 5:23-CV-4687-BF)
-4-