1  **PATTERSON BELKNAP WEBB & TYLER LLP**
   Henry J. Ricardo (admitted *pro hac vice*)
2  hjricardo@pbwt.com
   Jane Metcalf (admitted *pro hac vice*)
3  jmetcalf@pbwt.com
   1133 Avenue of the Americas
4  New York, New York 10036
   Telephone (212) 336-2000
5  Facsimile (212) 336-2222

6  **LAFAYETTE & KUMAGAI LLP**
   Gary T. Lafayette (SBN 88666)
7  glafayette@lkclaw.com
   Brian H. Chun (SBN 215417)
8  bchun@lkclaw.com
   1300 Clay Street, Ste. 810
9  Oakland, California 94612
   Telephone: (415) 357-4600
10 Facsimile: (415) 357-4605

11 *Attorneys for Defendants InComm Financial Services, Inc.
   and Pathward, N.A.*
12

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| KEVIN SMITH | |
|---|---|
| Plaintiff, | Case No. 5:23-CV-4687-BF |
| vs. | **DECLARATION OF HENRY J. RICARDO ATTTESTING TO CONCURRENCE OF SIGNATORIES IN FILING OF ADR CERTIFICATION** |
| INCOMM FINANCIAL SERVICES, INC. AND PATHWARD, N.A. | |
| Defendants. | |
| | Judge: Hon. Beth Labson Freeman |

I, Henry J. Ricardo, hereby declare as follows:

1. I am a partner of the law firm Patterson Belknap Webb & Tyler LLP, attorneys for Defendants InComm Financial Services, Inc. and Pathward, N.A. ("Defendants"). I am a member in good standing of the bar of the State of New York and have been admitted pro hac vice to the Northern District of California to appear in this action.

2. Pursuant to Local Rule 5-1(i)(3), I submit this declaration to attest that I have obtained the concurrence of Ryan Lewis, Senior Vice President and General Counsel for Litigation at Defendant InComm Financial Services, Inc. and Kelly Neubecker, Vice President & Senior Legal Counsel at Defendant Pathward, N.A for the filing of Defendants' ADR Certification.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 19, 2024
New York, New York

/s/ Henry J. Ricardo

---

DECLARATION OF HENRY J. RICARDO ATTESTING TO CONCURRENCE OF SIGNATORIES IN FILING OF ADR CERTIFICATION (Case No. 5:23-CV-4687-BF)

- 1 -