**BOWER LAW GROUP, PC**
David E. Bower (SBN 119546)
600 Corporate Pointe, Suite 1170
Culver City, California 90230
Tel. 213.446.6652
dbower@bowerlawgroup.com

**ADEMI LLP**
Shpetim Ademi
John D. Blythin
Jesse Fruchter
3620 East Layton Avenue
Cudahy, WI 53110
Tel. 414.482.8000
jblythin@ademilaw.com

*Attorneys for Plaintiff*

**PATTERSON BELKNAP WEBB & TYLER LLP**
Henry J. Ricardo (admitted *pro hac vice*)
hjricardo@pbwt.com
Jane Metcalf (admitted *pro hac vice*)
jmetcalf@pbwt.com
1133 Avenue of the Americas
New York, New York 10036
Telephone (212) 336-2000
Facsimile (212) 336-2222

**LAFAYETTE & KUMAGAI LLP**
Gary T. Lafayette (SBN 88666)
glafayette@lkclaw.com
Brian H. Chun (SBN 215417)
*bchun@lkclaw.com*
1300 Clay Street, Suite 810
Oakland, California 94612
Telephone (415) 357-4600
Facsimile (415) 357-4605

*Attorneys for Defendants InComm Financial Services, Inc. and Pathward, N.A.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN SMITH<br><br>              Plaintiff,<br><br>vs.<br><br>INCOMM FINANCIAL SERVICES, INC. AND PATHWARD, N.A.<br><br>              Defendants. | Case No.  5:23-CV-4687-BF<br><br>**STIPULATED REQUEST FOR EXTENSION TO FILE MOTION TO DISMISS AMENDED COMPLAINT; [PROPOSED] ORDER**<br><br>Judge: Hon. Beth Labson Freeman<br><br>Date:     N/A<br>Time:     N/A<br>Place:    Courtroom 3 |

STIP. REQUEST FOR ORDER EXTENDING DEADLINES FOR MOTION TO DISMISS
AMENDED COMPLAINT (Case No. 5:23-CV-4687-BF)

1   Pursuant to Local Rules 6-1(b), 6-2, and 7-12 of the Local Rules of the United States
2   District Court for the Northern District of California, Plaintiff Kevin Smith ("Plaintiff") and
3   Defendants InComm Financial Services, Inc. and Pathward, N.A. ("Defendants"), through their
4   counsel, jointly request that the Court grant Defendants an extension to move or respond to the
5   First Amended Complaint *instanter*.

6   WHEREAS, Plaintiff filed his Complaint on September 12, 2023 (Dkt. No. 1);

7   WHEREAS, Plaintiff and Defendants entered a stipulation on November 16, 2023 to
8   extend the time for Defendants to respond to the Complaint to December 15, 2023 (Dkt. No. 9);

9   WHEREAS, Defendants filed their motion to dismiss on December 15, 2023 (Dkt. No.
10  22);

11  WHEREAS, the parties conferred and negotiated a schedule to file their respective briefs
12  in opposition (March 7, 2024) and reply (March 28, 2024), in advance of the April 18, 2024
13  hearing (Dkt. No. 24);

14  WHEREAS, Plaintiff applied for leave to file an Amended Complaint, with Defendants'
15  consent (Dkt. No. 29), which the Court granted on March 7, 2024 (Dkt. No. 31);

16  WHEREAS, Plaintiff filed an Amended Complaint on March 21, 2024 (Dkt. No. 40);

17  WHEREAS, Defendant's deadline to move or respond to the Amended Complaint is
18  currently May 20, 2024 (Dkt. No. 31);

19  WHEREAS, the Case Management Conference is currently set for July 11, 2024 (Dkt. No.
20  39);

21  WHEREAS, Plaintiff filed a Declaration of Venue, as required by Cal. Civ. Code §
22  1780(d) to state a claim under the Consumer Legal Remedies Act, on May 15, 2024 (Dkt. No. 41);

23  WHEREAS, due to the newly filed declaration, competing business commitments, and the
24  upcoming Memorial Day holiday, an extension of the briefing schedule will enable more effective
25  presentation of the issues to the Court;

26
27
28
STIP. REQUEST FOR ORDER EXTENDING DEADLINES FOR MOTION TO DISMISS
AMENDED COMPLAINT (Case No. 5:23-CV-4687-BF)
-2-

NOW, THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED by and between the parties, through their respective attorneys of record, that the Court extend Defendants' deadline to move or respond to the Amended Complaint to June 7, 2024.

DATED: May 16, 2024          /s/ Henry J. Ricardo

**PATTERSON BELKNAP WEBB & TYLER LLP**
Henry J. Ricardo (admitted pro hac vice)
hjricardo@pbwt.com
Jane Metcalf (admitted pro hac vice)
jmetcalf@pbwt.com
1133 Avenue of the Americas
New York, New York 10036
Telephone (212) 336-2000
Facsimile (212) 336-2222

**LAFAYETTE & KUMAGAI LLP**
Gary T. Lafayette (SBN 88666)
glafayette@lkclaw.com
Brian H. Chun (SBN 215417)
bchun@lkclaw.com
1300 Clay Street, Suite 810
Oakland, California 94612
Telephone (415) 357-4600
Facsimile (415) 357-4605

*Attorneys for Defendants*

DATED: May 16, 2024          */s/ John Blythin*

**ADEMI LLP**
John D. Blythin (admitted pro hac vice)
3620 East Layton Avenue
Cudahy, WI 53110
Tel. 414.482.8000
jblythin@ademilaw.com

**BOWER LAW GROUP, PC**
David E. Bower (SBN 119546)
600 Corporate Pointe, Suite 1170
Culver City, California 90230
Tel. 213.446.6652
dbower@bowerlawgroup.com

*Attorneys for Plaintiff*

STIP. REQUEST FOR ORDER EXTENDING DEADLINES FOR MOTION TO DISMISS
AMENDED COMPLAINT (Case No. 5:23-CV-4687-BF)
-3-

**SIGNATURE ATTESTATION**

I hereby attest that I have obtained the concurrence of John D. Blythin, counsel for Plaintiff, for the filing of this Stipulated Request.

                                      /s/
                               Henry J. Ricardo

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED

*/s/ Beth Freeman*
The Honorable Beth Freeman
United Stated District Judge

DATED: May 16, 2024

STIP. REQUEST FOR ORDER EXTENDING DEADLINES FOR MOTION TO DISMISS AMENDED COMPLAINT (Case No. 5:23-CV-4687-BF)
-4-