UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KEVIN SMITH,<br><br>        Plaintiff,<br><br>    v.<br><br>INCOMM FINANCIAL SERVICES, INC., et al.,<br><br>        Defendants. | Case No. 23-cv-04687-BLF<br><br>**ORDER ADMONISHING DEFENDANTS REGARDING COMPLIANCE WITH STANDING ORDERS**<br><br>[Re: ECF No. 47] |

Defendants have submitted a motion to dismiss that fails to comply with this Court's standing orders because it contains single-spaced footnotes with citations to evidence or case law. *See* Standing Order re Civil Cases § IV.F. The Court will accept the nonconforming filing and DIRECTS all parties to comply with the Court's standing order for all future filings.

Dated: June 7, 2024

  _____
BETH LABSON FREEMAN
United States District Judge