**BOWER LAW GROUP, PC**
David E. Bower (SBN 119546)
600 Corporate Pointe, Suite 1170
Culver City, California 90230
Tel. 213.446.6652
dbower@bowerlawgroup.com

**ADEMI LLP**
Shpetim Ademi
John D. Blythin (admitted *pro hac vice*)
Jesse Fruchter
3620 East Layton Avenue
Cudahy, WI 53110
Tel. 414.482.8000
jblythin@ademilaw.com

*Attorneys for Plaintiff*

**PATTERSON BELKNAP WEBB & TYLER LLP**
Jane Metcalf (admitted *pro hac vice*)
jmetcalf@pbwt.com
Stephanie Teplin (admitted *pro hac vice*)
steplin@pbwt.com
Colleen Anderson (admitted *pro hac vice*)
canderson@pbwt.com
1133 Avenue of the Americas
New York, New York 10036
Telephone (212) 336-2000
Facsimile (212) 336-2222

**LAFAYETTE & KUMAGAI LLP**
Gary T. Lafayette (SBN 88666)
glafayette@lkclaw.com
Brian H. Chun (SBN 215417)
bchun@lkclaw.com
1300 Clay Street, Suite 810
Oakland, California 94612
Telephone (415) 357-4600
Facsimile (415) 357-4605

*Attorneys for Defendants InComm Financial Services, Inc. and Pathward, N.A.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN SMITH<br><br>                Plaintiff,<br><br>vs.<br><br>INCOMM FINANCIAL SERVICES, INC. AND PATHWARD, N.A.<br><br>                Defendants. | Case No. 5:23-CV-4687-EKL<br><br>**STIPULATED REQUEST FOR SCHEDULING OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Judge: Hon. Eumi K. Lee<br><br>Date:     TBD<br>Time:    TBD<br>Place:   Courtroom 3 |

Pursuant to Local Rules 6-1(b), 6-2, and 7-12 of the Local Rules of the United States District Court for the Northern District of California, as well as this Court's Standing Order Section VI. Case Management Conferences, Plaintiff Kevin Smith ("Plaintiff") and Defendants InComm Financial Services, Inc. and Pathward, N.A. ("Defendants"), through their counsel, jointly stipulate as follows:

WHEREAS, on August 20, 2024, this case was reassigned from the Hon. Beth Labson Freeman to the Hon. Eumi K. Lee (Dkt. No. 62);

WHEREAS, on August 20, 2024, the Court vacated the previously-scheduled Initial Case Management Conference set for November 14, 2024, and ordered it would be reset by the Court as needed (Dkt. No. 62);

WHEREAS, on September 6, 2024, the Court reset the previously-scheduled hearing on Defendants' Motion to Dismiss the Amended Complaint for November 6, 2024 (Dkt. No. 66);

WHEREAS, the Court's Standing Order states in Section VI, Case Management Conferences, that the Court will consider setting an Initial Case Management Conference for 21 days after the hearing on a motion to dismiss if the motion is dispositive of the entire case;

WHEREAS, the Court is no longer scheduling further proceedings for November 27, 2024—which would be 21 days from the hearing—making December 4, 2024, the next available Wednesday;

WHEREAS, Defendants' pending Motion to Dismiss the Amended Complaint (Dkt. No. 47) would dispose of the entire case if granted;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED by and between the parties, through their respective attorneys of record, the Court set the Initial Case Management Conference for December 4, 2024, for the reasons set forth in the attached declaration.

| | | |
|---|---|---|
| 1 | DATED: September 16, 2024 | /s/ Jane Metcalf |
| 2 | | **PATTERSON BELKNAP WEBB & TYLER LLP** |

DATED: September 16, 2024    /s/ Jane Metcalf

**PATTERSON BELKNAP WEBB & TYLER LLP**
Jane Metcalf (admitted *pro hac vice*)
jmetcalf@pbwt.com
Stephanie Teplin (admitted *pro hac vice*)
steplin@pbwt.com
Colleen Anderson (admitted *pro hac vice*)
canderson@pbwt.com
1133 Avenue of the Americas
New York, New York 10036
Telephone (212) 336-2000
Facsimile (212) 336-2222

**LAFAYETTE & KUMAGAI LLP**
Gary T. Lafayette (SBN 88666)
glafayette@lkclaw.com
Brian H. Chun (SBN 215417)
bchun@lkclaw.com
1300 Clay Street, Suite 810
Oakland, California 94612
Telephone (415) 357-4600
Facsimile (415) 357-4605

*Attorneys for Defendants*

DATED: September 16, 2024    /s/ John Blythin

**ADEMI LLP**
John D. Blythin (admitted *pro hac vice*)
3620 East Layton Avenue
Cudahy, WI 53110
Tel. 414.482.8000
jblythin@ademilaw.com

**BOWER LAW GROUP, PC**
David E. Bower (SBN 119546)
600 Corporate Pointe, Suite 1170
Culver City, California 90230
Tel. 213.446.6652
dbower@bowerlawgroup.com

*Attorneys for Plaintiff*

### SIGNATURE ATTESTATION

I hereby attest that I have obtained the concurrence of John D. Blythin, counsel for Plaintiff, for the filing of this Stipulated Request.

/s/   Jane Metcalf
Jane Metcalf

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED

_____
The Honorable Eumi K. Lee
United Stated District Judge

DATED: